# ReedSmith

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

**Kristen Giannone**
Direct Phone: +1 212 205 6036
Email: kgiannone@reedsmith.com

November 10, 2010

The Honorable Viktor V. Pohorelsky
U. S. District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: *United States Securities and Exchange Commission v. Cioffi*, et al.;
Case No. 08 Civ. 02457 (VVP)_____

Dear Judge Pohorelsky:

We represent the Joint Official Liquidators of Bear Stearns High-Grade Structured Credit Strategies (Overseas) Ltd. and Bear Stearns High-Grade Structured Credit Strategies Enhanced Leverage (Overseas) Ltd., plaintiffs in the actions captioned, *Varga, et al. v. The Bear Stearns Companies, Inc., et al.*, Case No. 08 Civ. 03397 (AKH) and *Varga, et al. v. Deloitte & Touche, LLP, et al.*, Case No. 09 Civ. 04936 (AKH). It is our understanding that the status conference scheduled for Friday, November 12, 2010 in the above-referenced matter is to occur telephonically.

Accordingly, we hereby request permission to attend Friday's telephonic conference in the above-referenced matter.

Very truly yours,

Kristen Giannone

SO ORDERED:

_____
U.S.D.J.

NEW YORK ♦ LONDON ♦ HONG KONG ♦ CHICAGO ♦ WASHINGTON, D.C. ♦ BEIJING ♦ PARIS ♦ LOS ANGELES ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH

OAKLAND ♦ MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ SILICON VALLEY ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE