## SEC V. CIOFFI & TANNIN
### CV-08-2457(FB)(VVP)

PLAINTIFFS:

JOHN WORLAND
RICHARD HONG

DEFENDANTS:

| | |
|---|---|
| CIOFFI | JOHN McGOEY |
| | MARC WEINSTEIN |
| | |
| TANNIN | NINA BEATIE |
| | SUSAN BRUNE |
| | LAURIE EDELSTEIN |